HENRY BERTHELET, JOSETTE BERTHELET, LOUIS BENJAMIN BERTHELET, MARGUERITE KERLEY, MICHAEL L. KERLEY, JOSEPH R. BERTHELET, CECILE BERTHELET, LUCIE WILLIAMS, JOHN L. WILLIAMS, PETER EBENEZER BERTHELET, CAROLINE BERTHELET, SOPHIE BERTHELET, AND HENRY BERTHELET, JR., *versus* MARGUERITE VIGÉ BERTHELET, OLIVIER (ALIAS ANTOINE OLIVIER) BERTHELET, AUGUSTIN BERTHELET, BENJAMIN (ALIAS LOUIS BENJAMIN) BERTHELET, APOLLINE KIMBER, RENÉ J. KIMBER, THERESE BERTHELET, FELIX VINET SOULIGNY (ALIAS FELIX SOULIGNY VINET), JOHN HOWARD, SAMUEL REED, JULIUS ELDRED, BENJAMIN WOODWORTH, FRANCIS VAN ANTWERP, JEAN LeBOTTE, CHARLES C. TROWBRIDGE, NICHOLAS GAUTHIER, BARNABÉ CAMPAU, AND ALEXANDER McARTHUR. 

JOURNAL ENTRIES (1834–35): *Journal 5:* (1) Rule to appear, notice of rule ordered published *p. 29; (2) leave given to plead, answer, or demur *p. 32; (3) injunction dissolved, receiver appointed *p. 54; (4) bill dismissed *p. 86.

PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) bond for injunction; (3) writ of injunction and return; (4) writ of subpoena and return; (5) affidavit of non-residence; (6) demurrer to bill of complaint; (7) precipe to set demurrer for argument; (8) stipulation for dissolution of injunction and for appointment of receiver.

*Chancery Case* 168 of 1833.